TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

**JS-6**

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | No. CV 21-00708 FMO (PDx) |
|     Plaintiff, | Judgment |
|     v. | |
| Michael Napoliello, | |
|     Defendant. | |

6899787_1

Based on the Stipulation to Enter Judgment in Favor of the United States, and for good cause showing:

Defendant Michael Napoliello is liable to the United States of America for tax year 2000 in the amount of $34,411,326.27 as of January 31, 2021, plus interest and penalties accruing thereafter as provided by law.

The parties will each bear their own costs and expenses, including any attorney fees.

**IT IS SO ORDERED**.

DATED: March 17, 2021                              _____/s/_____

                                                                    FERNANDO M. OLGUIN

                                                                    United States District Judge

6899787_1